## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

Sean Lee Ellis,                                        Civil No. 11-1906 (RHK/LIB)

        Plaintiff,                              **ORDER**

vs.

Elizabeth Hughes, et al.,

        Defendants.

___

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 4) is **ADOPTED**;

2. Plaintiff's Application to Proceed Without Prepayment of Fees (Doc. No. 2) is **DENIED**; and

3. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: September 22, 2011

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge